# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| ALLEN FITZGERALD CALTON | ) | |
| | ) | |
| V. | ) | 3-05-CV-2022-N |
| | ) | |
| DALLAS COUNTY, ET AL | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS FURTHER ORDERED that process shall be issued on Plaintiff's claims of deliberate indifference to his serious depression and suicidal tendencies against Officers V. Williams, Johnson, Terry, Walls and Mitchell as shown in the recommendation.

Signed June 8, 2006.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE